

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Eric J. Shimanoff, Esq.**
(212) 790-9226
ejs@cll.com

May 14, 2015

**VIA ECF AND FIRST CLASS MAIL**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Fullwood v. Wolfgang's Steakhouse, Inc.*, No. 13 Civ. 7174 (KPF)(HP)

Dear Hon. Judge Failla:

We represent Defendants Wolfgang's Steakhouse, Inc. and ZMF Restaurants LLC in the above-referenced action.  Further to our letter dated April 30, 2015, with the consent of counsel for Plaintiff, submitted herewith as Exhibits A through C respectively, are copies of the Appellant's Brief with Joint Appendix, Appellee's Brief and Appellant's Reply Brief in *Katz v. Donna Karan Int'l, Inc.*, No. 15-464 (2d Cir.).  As previously noted, the Second Circuit will hear *Katz* in tandem with *Crupar-Weinmann v. Paris Baguette Am., Inc.*, No. 14-3709 (2d Cir.).

Respectfully submitted,

s/ Eric J. Shimanoff

Attachments

cc:  All Counsel of Record (via ECF)

26598/017/1626170